OSCAR CALE *v.* CORREIRA EXCAVATORS, INC., ET AL.
(13853)

Heiman, Spear and Hennessy, Js.

Argued September 19—decision released October 10, 1995

*Carlos M. Santos*, for the appellant (plaintiff).

*Margaret E. Corrigan*, for the appellees (defendants).

PER CURIAM. The decision of the compensation review board is affirmed.